UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 24 2012

Clerk, U.S. District
Bankruptcy

)
MICHAEL K. CIACCI,                     )
)
                         Plaintiff,    )
)
        v.                             )          Civil Action No. 12-1083
)
UNITED STATES, *et al.*,               )
)
                         Defendants.   )
_____       )

## MEMORANDUM OPINION

By Order entered on June 29, 2012, within 30 days plaintiff was ordered to submit a

certified copy of his trust fund account statement (or institutional equivalent), including the

supporting ledger sheets, for the six-month period immediately preceding the filing of this

pleading, obtained from the appropriate official of each prison at which plaintiff is or was

confined.[2] 28 U.S.C. § 1915. The deadline has passed. Although plaintiff has submitted an

additional document titled "Amended Complaint; Motion for Appointed Counsel; Motion to

Compel United States Officers Perform Duty Owed; Damages and Jury Trial Demanded," to

date, he neither has submitted the required financial information nor has paid the $350.00 filing

fee. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will

dismiss the complaint without prejudice. An Order is issued separately.

DATE: 8/17/12

_____
United States District Judge

---

[2]     Petitioner was detained at the D.C. Jail at the time he filed his petition for a writ of habeas corpus.